

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336



1  NICHOLAS TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  KEVIN D. SCHIFF
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   FAX: (702) 388-5087
6  Kevin.Schiff@usdoj.gov
   *Attorneys for the United States*

GRANT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELLSITE INFORMATION, AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-695-0057. | Case No. 2:20-mj-00660-DJA<br><br>**MOTION TO UNSEAL** |

The United States of America, by Nicholas Trutanich, United States Attorney, and his assistant Kevin D. Schiff, herby moves this Court for an Order to unseal the above captioned cause number and all documents therein.

The legal process in this matter was issued on August 7, 2020, and sealed at that time to protect the integrity of an ongoing investigation. Subsequently, the investigation resulted in an indictment in United States v. Paul David Koch, 2:20-cr-00240-GMN-BNW.

The Government seeks to unseal the above captioned matter so that documents can be provided in discovery.

DATED this ___9___ day of September, 2020.

Nicholas Trutanich
United States Attorney

_____
Kevin D. Schiff
Assistant United States Attorney

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELLSITE INFORMATION, AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-695-0057. | Case No. 2:20-mj-00660-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

IT IS SO ORDERED:

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2020